IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARCELO SOSTAITA, Individually**     **PLAINTIFF**
**and on Behalf of All Others Similarly**
**Situated**

vs.             No. 4:23-cv-54-KGB

**SANCHEZ CONCRETE, LLC, and**     **DEFENDANTS**
**ALEJANDRO SANCHEZ**

### PLAINTIFF'S[1] RULE 26(f) REPORT

Plaintiff Marcelo Sostaita, individually and on behalf of all others similarly situated, by and through his undersigned counsel, and submits the following information in compliance with Federal Rule of Civil Procedure 26(f) and Local Rule 26.1.

1. <u>Any changes in timing, form, or requirements of initial disclosures under Fed. R. Civ. P. 26(a).</u>

   Plaintiff agrees to produce and deliver paper or electronic copies of any documents identified in his Initial Disclosures without a formal discovery request, though the parties recognize that they may be unable to produce all such documents on the day Initial Disclosures are due. Plaintiff agrees that any documents identified but not produced on the day Initial Disclosures are due are subject to the parties' obligation to supplement their discovery disclosures under the Federal Rules of Civil Procedure.

2. <u>Date when initial disclosures were or will be made.</u>

   On or before November 23, 2023.

---

[1] Plaintiff's counsel was contacted by Stella Musgrave Lombard on October 6. Ms. Lombard stated that she was reaching out on behalf of Defendant Sanchez regarding the Rule 26(f) Conference Deadline and provided Plaintiff's Counsel with an email address, sanchezconcrete2021@gmail.com, and stated that Defendant Sanchez could be reached there. Plaintiff's counsel emailed a draft 26(f) Report to that email address and has followed up to no avail.

Page 1 of 4
Marcelo Sostaita, et al. v. Sanchez Concrete, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:23-cv-54-KGB
Plaintiff's Rule 26(f) Report

3. <u>Subjects on which discovery may be needed.</u>

   - All of the elements of Plaintiff's claims and Defendants' defenses to those claims;
   - Issues related to collective action certification;
   - Issues related to willfulness / intent; and
   - Damages.

4. <u>Whether any party will likely be requested to disclose or produce information from electronic or computer-based media. If so:</u>

   (a) <u>whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;</u>

   Plaintiff anticipates that disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business.

   (b) <u>the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;</u>

   Unknown at this time.

   (c) <u>the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production;</u>

   Plaintiff will produce data in electronic format. If the data is ordinarily maintained in paper format, the parties agree to produce the data in electronic format in consecutively paginated bates numbers. Plaintiff agrees to produce ESI in electronic format such as PDF, except for spreadsheets, which should be produced in native format such as XLS.

   (d) <u>whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;</u>

   Plaintiff has been made aware of the need to maintain the relevant records taken in the ordinary course of business.

   (e) <u>other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.</u>

   None known at this time.

Page 2 of 4
**Marcelo Sostaita, et al. v. Sanchez Concrete, LLC, et al.**
**U.S.D.C. (E.D. Ark.) No. 4:23-cv-54-KGB**
**Plaintiff's Rule 26(f) Report**

5. <u>Date by which discovery should be completed.</u>

    April 30, 2024.

6. <u>Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.</u>

    Plaintiff consents to the electronic service of all documents that require service on an opposing party, including but not limited to Initial Disclosures, Interrogatories, Requests for Production of Documents, Requests for Admissions, and Notices of Deposition, as well as Responses to Interrogatories, Requests for Production of Documents, and Requests for Admission, at the primary e-mail address at which each attorney of record receives ECF filings in this case and to Plaintiff(s) at discovery@sanfordlawfirm.com. Plaintiff agrees that discovery may be signed by e-signature rather than by hand. Plaintiff agrees to produce and deliver paper or electronic copies of any documents which would ordinarily be produced subject to Federal Rules of Civil Procedure 26 or 34.

7. <u>Any Orders, e.g. protective orders, which should be entered.</u>

    None at this time.

8. <u>Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.</u>

    None at this time.

9. <u>Any objections to the proposed trial date.</u>

    None at this time.

10. <u>Proposed deadline for joining other parties and amending the pleadings.</u>

    January 22, 2024.

11. <u>Proposed deadline for completing discovery.</u>

    April 30, 2024.

12. <u>Proposed deadline for filing motions other than motions for class certification.</u>

    May 30, 2024, except for motions in limine, which should be filed no later than 14 days before trial.

Page 3 of 4
**Marcelo Sostaita, et al. v. Sanchez Concrete, LLC, et al.**
**U.S.D.C. (E.D. Ark.) No. 4:23-cv-54-KGB**
**Plaintiff's Rule 26(f) Report**

13. <u>Class certification: In the case of a class action complaint, the proposed deadline for the parties to file a motion for class certification.</u>

January 22, 2024.

        Respectfully submitted,

        **MARCELO SOSTAITA, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        */s/ Sean Short*
        Sean Short
        Ark. Bar No. 2015079
        sean@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

Page 4 of 4
Marcelo Sostaita, et al. v. Sanchez Concrete, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:23-cv-54-KGB
Plaintiff's Rule 26(f) Report