IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARCELO SOSTAITA, Individually**                                             **PLAINTIFF**
**and on Behalf of All Others Similarly**
**Situated**

vs.                                No. 4:23-cv-54-KGB

**SANCHEZ CONCRETE LLC, and**                                          **DEFENDANTS**
**ALEJANDRO SANCHEZ**

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Marcelo Sostaita, individually and on behalf of all others similarly situated, by and through his attorneys of the Sanford Law Firm, PLLC, and for his Motion for Summary Judgment, states and alleges as follows:

1. Plaintiff's Complaint alleges violations of the minimum wage provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, and the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. § 11-4-201, *et seq*.

2. Although Plaintiff filed his Complaint as a collective action, he has not moved for certification of any collective; this Motion concerns Plaintiff's individual claims only.

3. Plaintiff worked for Defendants Sanchez Concrete LLC and Alejandro Sanchez (collectively "Defendants") as a dump truck driver.

4. Defendants classified Plaintiff as an independent contractor and paid him an hourly wage with no overtime premium for all hours worked.

Page 1 of 4
Marcelo Sostaita, et al. v. Sanchez Concrete LLC, et al.
U.S.D.C. (E.D. Ark.) Case No. 4:23-cv-54-KGB
Plaintiff's Motion for Summary Judgment

5. Plaintiff's employment did not meet the requirements for classification as an independent contractor because 1) Defendants exercised exclusive control over Plaintiff's work; 2) Plaintiff did not invest in Defendants' business to any extent whatsoever; 3) Plaintiff's sole opportunity for profit and loss was determined by the wages paid to Plaintiff and set by Defendants; 4) little to no skill was required for Plaintiff to perform his job duties; 5) Plaintiff was hired indefinitely; and 6) Plaintiff's work was integral to the success of Defendants' business. *Karlson v. Action Process Serv. & Private Investigation, LLC*, 860 F.3d 1089, 1092 (8th Cir. 2017).

6. Defendant Alejandro Sanchez ("Sanchez") is jointly and severally liable with Defendant Sanchez Concrete LLC because Sanchez 1) hired and fired Plaintiff; 2) supervised and controlled Plaintiff's work schedule and conditions and of employment; 3) determined Plaintiff's rate and method of payment; and 4) maintained Plaintiff's employment records. *Williams v. Henagan*, 595 F.3d 610, 620 (5th Cir. 2010) (citing *Watson v. Graves*, 909 F.2d 1549, 1553 (5th Cir. 1990)); *see also Irizarry v. Catsimatidis*, 722 F.3d 99 (2d Cir. 2013); *Baker v. Stone County*, 41 F. Supp. 2d 965, 980 (W.D. Mo. 1999).

7. Where an employer has failed to pay proper wages, it is liable to the affected employee for the unpaid wages, an equal amount as liquidated damages, and a reasonable attorney's fee. 29 U.S.C. § 216(b); Ark. Code Ann. § 11-4-218(a).

8. Therefore, Plaintiff is entitled to summary judgment against Defendants with respect to Defendants' liability for unpaid wages plus an equal amount as liquidated damages, and a reasonable attorney's fee to be determined by the Court upon separate motion.

Page 2 of 4
Marcelo Sostaita, et al. v. Sanchez Concrete LLC, et al.
U.S.D.C. (E.D. Ark.) Case No. 4:23-cv-54-KGB
Plaintiff's Motion for Summary Judgment

9. Plaintiff files with this Motion a Brief in Support and fully incorporates the Brief into this Motion.

10. Pursuant to Local Rule 56.1, Plaintiff files with this Motion a Statement of Undisputed Material Facts.

11. Plaintiff files herewith the following exhibits:

1) Declaration of Marcelo Sostaita;

2) Plaintiff's Requests for Admission to Defendant Alejandro Sanchez.

WHEREFORE, premises considered, Plaintiff Marcelo Sostaita respectfully requests this Court enter judgment in his favor against Defendants, award damages, permit Plaintiff to file a motion for attorney's fees and costs pursuant to Rule 54(d), and grant all other good and proper relief to which Plaintiff may be entitled.

Respectfully submitted,

**PLAINTIFF MARCELO SOSTAITA**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 3 of 4
Marcelo Sostaita, et al. v. Sanchez Concrete LLC, et al.
U.S.D.C. (E.D. Ark.) Case No. 4:23-cv-54-KGB
Plaintiff's Motion for Summary Judgment

**CERTIFICATE OF SERVICE**

    I, Sean Short, do hereby certify that on May 29, 2024, a true and correct copy of the foregoing was sent via U.S. Mail to the *pro se* party named below:

Sanchez Concrete, LLC
Alejandro Sanchez
2319 Brasco Road
Jacksonville, Arkansas 72076

Alejandro Sanchez
2319 Brasco Road
Jacksonville, Arkansas 72076

                                                        */s/ Sean Short*
                                                        **Sean Short**

Page 4 of 4
**Marcelo Sostaita, et al. v. Sanchez Concrete LLC, et al.**
**U.S.D.C. (E.D. Ark.) Case No. 4:23-cv-54-KGB**
**Plaintiff's Motion for Summary Judgment**