IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARCELO SOSTAITA, Individually**     **PLAINTIFF**
**and on Behalf of all Others Similarly**
**Situated**

vs.     No. 4:23-cv-54-KGB

**SANCHEZ CONCRETE, LLC, and**     **DEFENDANTS**
**ALEJANDRO SANCHEZ**

**PLAINTIFF MARCELO SOSTAITA'S FIRST SET OF
REQUESTS FOR ADMISSION TO DEFENDANT ALEJANDRO SANCHEZ**

Plaintiff Marcelo Sostaita ("Plaintiff"), by and through his attorneys Sean Short and Josh Sanford of Sanford Law Firm, PLLC, and for his First Set of Requests for Admission to Separate Defendant Alejandro Sanchez ("Defendant"), pursuant to Rule 36 of the Federal Rules of Civil Procedure, to be answered within thirty days after service of this request, does hereby state as follows:

**I. GENERAL INSTRUCTIONS AND DEFINITIONS**

1. Each answer shall be made separately, fully in writing, and should be provided by delivering or mailing them to the offices of Sanford Law Firm, PLLC, Kirkpatrick Plaza, 10800 Financial Centre Pkwy, Suite 510, Little Rock, Arkansas 72211, or if sent via email, to sean@sanfordlawfirm.com, josh@sanfordlawfirm.com and discovery@sanfordlawfirm.com.

2. These requests are continuing in nature for all information that is now or may hereafter become known or available to Defendants until the date of compliance with

Page 1 of 4
Marcelo Sostaita, et al. v. Sanchez Concrete, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:23-cv-54-KGB
Plaintiff Marcelo Sostaita's First Set of Requests for
Admission to Defendant Alejandro Sanchez

this request or trial, whichever is later, unless otherwise stated. Defendant should respond with additional information subsequent to its initial responses as and whenever such additional information is acquired, located, or comes into existence.

3. If you must qualify a response or deny only a part of the matter to which an admission is requested, specify so much of the request as is true and qualify or deny the remainder.

4. "Plaintiff" refers to Marcelo Sostaita.

5. The terms "you," "your," "yours," and "Defendant" are intended to mean Alejandro Sanchez, unless otherwise specifically indicated.

6. The conjunctions "and" and "or" shall be interpreted to mean "and/or," and shall not be interpreted to exclude any information otherwise within the scope of any request.

## II.   PLAINTIFF'S REQUESTS FOR ADMISSIONS TO DEFENDANT ALEJANDRO SANCHEZ

**REQUEST FOR ADMISSION NO. 1.** Admit that you control the day-to-day operations of Sanchez Concrete, LLC.

**REQUEST FOR ADMISSION NO. 2.** Admit that you control the policies regarding pay for all employees of Sanchez Concrete, LLC.

**REQUEST FOR ADMISSION NO. 3.** Admit that you set the hours of operation of Sanchez Concrete, LLC.

**REQUEST FOR ADMISSION NO. 4.** Admit that you personally made the decision to hire Plaintiff to work for you as a dump truck driver.

Page 2 of 4
Marcelo Sostaita, et al. v. Sanchez Concrete, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:23-cv-54-KGB
Plaintiff Marcelo Sostaita's First Set of Requests for
Admission to Defendant Alejandro Sanchez

**REQUEST FOR ADMISSION NO. 5.**     Admit that you set the specific hours and days Plaintiff was required to work.

**REQUEST FOR ADMISSION NO. 6.**     Admit that you dictated the specific manner in which Plaintiff performed his work.

**REQUEST FOR ADMISSION NO. 7.**     Admit that you provided Plaintiff with specific equipment and tools to use.

**REQUEST FOR ADMISSION NO. 8.**     Admit that you supervised Plaintiff's work performance.

**REQUEST FOR ADMISSION NO. 9.**     Admit that you had the authority to discipline or terminate Plaintiff.

**REQUEST FOR ADMISSION NO. 10.**     Admit that Plaintiff performed work integral to your core business.

**REQUEST FOR ADMISSION NO. 11.**     Admit that Plaintiff's work was central to the success of your business.

**REQUEST FOR ADMISSION NO. 12.**     Admit that your held out Plaintiff as an employee to customers or clients.

**REQUEST FOR ADMISSION NO. 13.**     Admit that Plaintiff was hired with no end date for his work.

**REQUEST FOR ADMISSION NO. 14.**     Admit that Plaintiff could not earn profits or suffer losses through his own independent effort and decision making.

**REQUEST FOR ADMISSION NO. 15.**     Admit that you did not pay Plaintiff one and one-half times Plaintiff's regular hourly rate for any hours that Plaintiff worked for you as a dump truck driver in excess of forty (40) hours in one week.

**Page 3 of 4**
**Marcelo Sostaita, et al. v. Sanchez Concrete, LLC, et al.**
**U.S.D.C. (E.D. Ark.) No. 4:23-cv-54-KGB**
**Plaintiff Marcelo Sostaita's First Set of Requests for**
**Admission to Defendant Alejandro Sanchez**

**REQUEST FOR ADMISSION NO. 16.**   Admit that you did not keep an accurate account of the number of hours Plaintiff worked for you as a dump truck driver.

**REQUEST FOR ADMISSION NO. 17.**   Admit that you required Plaintiff to work over forty (40) hours per week as a dump truck driver at least one (1) time.

Respectfully submitted,

**MARCELO SOSTAITA, Individually and on Behalf of Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**CERTIFICATE OF SERVICE**

I, Sean Short, do hereby certify that on February 14, 2024, a true and correct copy of the foregoing REQUESTS FOR ADMISSION was sent via U.S. Mail and electronic mail to the *pro se* party named below:

Alejandro Sanchez
2319 Brasco Road
Jacksonville, Arkansas 72076
Sanchezconcrete2021@gmail.com

*/s/ Sean Short*
**Sean Short**

Page 4 of 4
Marcelo Sostaita, et al. v. Sanchez Concrete, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:23-cv-54-KGB
Plaintiff Marcelo Sostaita's First Set of Requests for
Admission to Defendant Alejandro Sanchez