IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARCELO SOSTAITA, Individually**     **PLAINTIFF**
and on Behalf of All Others Similarly
Situated

vs.     No. 4:23-cv-54-KGB

**SANCHEZ CONCRETE LLC, and**     **DEFENDANTS**
**ALEJANDRO SANCHEZ**

### DECLARATION OF MARCELO SOSTAITA

I, Marcelo Sostaita, do hereby swear, affirm and attest as follows, based upon my personal knowledge of the matters contained herein:

1. My name is Marcelo Sostaita, and I am over the age of 18 and duly qualified to execute this declaration.

2. I am a resident and domiciliary of the State of Arkansas.

3. I was employed by Sanchez Concrete LLC ("Sanchez Concrete") and Alejandro Sanchez ("Sanchez") (collectively ("Defendants"), to work as a dump truck driver from November of 2020 until April of 2021, and then again from November of 2021 to April of 2022.

4. Altogether, I worked for Defendants for 52 weeks.

5. I was paid $20.00 per hour during my employment with Defendants. I was paid my straight hourly rate of $20.00 for all the hours I worked and was not paid an overtime premium for the hours I worked over forty per week.

6. Defendants did not keep accurate records of my hours worked. Rather than having me fill out a timesheet or punch a time clock, I reported to Sanchez when I arrived in the morning and when I left in the evening; I assumed he logged my hours and paid me accordingly.

7. Because I don't have access to any time records, assuming those records even exist, I am basing the following on my best recollection of my hours worked.

8. Defendants' business operation hours were Monday through Friday, 8:00 am to 5:00 pm. I worked Monday through Friday and some weekends.

9. I usually arrived at work between 6:00 and 6:30 am. Sanchez expected me to be on a job site working by 8:00 am when the business opened, but there was a lot of prep work to be done before I could leave for a job site. I had to get my job assignment from Sanchez and load my truck and equipment. This involved making sure I had proper supplies and wait around while the truck I drove was loaded. Then I had to drive to the job site. Altogether this prep work and drive time took about an hour and a half to two hours.

10. Sanchez also expected me to be on a job site working until the business closed at 5:00 pm. But after we had cleaned up on-site, we had to drive back the yard to unload and clean all the equipment and make sure everything was put away. This drive time and cleanup took about two hours. I usually left work around 7:00 pm.

11. Based on the above, I estimate that I averaged 60 hours per week during my employment with Defendants.

12. I was paid $20.00 per hour for every hour that I worked, including the 20 hours I worked in excess of 40 each week I did not receive an overtime premium for any of the hours I worked over 40 in a workweek.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this 25th day of July, 2024.

_____
**MARCELO SOSTAITA**