| Date Billed On | Billed By | Description | Rate | Time | Value | Category | Entry No. |
|---|---|---|---|---|---|---|---|
| 8/30/22 | Sean Short | Examination of case assignment; case background. | $200.00 | 0.1 | $20.00 | Case Management | 1 |
| 8/31/22 | Paralegal | Work on Client's file: Defendant research | $100.00 | 0.4 | $40.00 | Complaint/Summons/Service | 7 |
| 9/27/22 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.1 | $10.00 | Client Communication | 8 |
| 9/27/22 | Sean Short | Receipt and review of email from paralegal regarding correspondence with client. | $200.00 | 0.1 | $20.00 | In House Communication | 10 |
| 10/14/22 | Paralegal | Compose and prepare Client's Complaint for Filing with the Clerk of Court | $100.00 | 0.2 | $20.00 | Complaint/Summons/Service | 12 |
| 10/14/22 | Paralegal | Compose and prepare Client's Complaint for Filing with the Clerk of Court | $100.00 | 1.1 | $110.00 | Complaint/Summons/Service | 13 |
| 10/14/22 | Paralegal | Compose and prepare Client's Complaint for Filing with the Clerk of Court | $100.00 | 0.4 | $40.00 | Complaint/Summons/Service | 14 |
| 1/3/23 | Sean Short | Conference with LE regarding complaint status. | $200.00 | 0.1 | $20.00 | In House Communication | 19 |
| 3/8/23 | Sean Short | Conference paralegal regarding call from opposing counsel. | $200.00 | 0.1 | $20.00 | In House Communication | 41 |
| 3/20/23 | Sean Short | Examination of Defendants' answer to complaint. | $200.00 | 0.1 | $20.00 | Case Management | 47 |
| 3/31/23 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.1 | $20.00 | Client Communication | 49 |
| 4/20/23 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.5 | $100.00 | Client Communication | 51 |
| 6/30/23 | Sean Short | Receive, read and prepare response to email(s) from JS regarding correspondence from client. | $200.00 | 0.1 | $20.00 | In House Communication | 55 |
| 8/24/23 | Sean Short | Preparation and drafting of damage calculations. | $200.00 | 0.4 | $80.00 | Damages Calculations | 59 |
| 8/24/23 | Sean Short | Conference with paralegal regarding call from client; case status. | $200.00 | 0.1 | $20.00 | In House Communication | 61 |
| 8/24/23 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.2 | $20.00 | Client Communication | 62 |
| 8/24/23 | Sean Short | Conference with paralegal regarding call with client; case status. | $200.00 | 0.1 | $20.00 | In House Communication | 63 |
| 10/6/23 | Sean Short | Conference with paralegal regarding preparing draft Rule 26(f) report and correspondence to pro se Defendant regarding conferencing about the same. | $200.00 | 0.1 | $20.00 | In House Communication | 65 |
| 10/6/23 | Paralegal | Preparation and drafting of joint 26f report | $100.00 | 0.5 | $50.00 | Case Management | 66 |
| 10/6/23 | Sean Short | Conference with paralegal regarding correspondence to pro se Defendant regarding 26(f) report. | $200.00 | 0.1 | $20.00 | In House Communication | 67 |
| 10/6/23 | Paralegal | Preparation and drafting of 26f conference letter to Defendant | $100.00 | 0.2 | $20.00 | Case Management | 68 |
| 10/6/23 | Sean Short | Telephone Conference(s) with pro se Defendant regarding 26(f) report. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 71 |
| 10/17/23 | Sean Short | Compose electronic communication to Defendant regarding draft 26(f) report. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 73 |
| 10/24/23 | Sean Short | Compose electronic communication to Defendant regarding draft 26(f) Report. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 74 |
| 10/24/23 | Sean Short | Editing and revision of draft 26(f) Report. | $200.00 | 0.2 | $40.00 | Case Management | 75 |
| 10/26/23 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.7 | $140.00 | Client Communication | 78 |
| 10/26/23 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.1 | $20.00 | Client Communication | 79 |
| 10/26/23 | Paralegal | Receipt and review of client document production | $100.00 | 0.1 | $10.00 | Discovery Related | 80 |
| 11/9/23 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.1 | $20.00 | Client Communication | 82 |
| 11/17/23 | Paralegal | Preparation and drafting of Plaintiff's initial disclosures | $100.00 | 0.3 | $30.00 | Discovery Related | 83 |
| 11/21/23 | Paralegal | Editing and revision of client's document production for initial disclosures re: formatting and Bates numbering | $100.00 | 0.3 | $30.00 | Discovery Related | 85 |
| 11/21/23 | Sean Short | Editing and revision of Initial Disclosures; compose electronic communication paralegal regarding the same. | $200.00 | 0.2 | $40.00 | Discovery Related | 86 |
| 11/21/23 | Paralegal | Editing and revision of plaintiff's initial disclosures | $100.00 | 0.2 | $20.00 | Discovery Related | 88 |
| 11/22/23 | Sean Short | Receive, read and prepare response to email(s) from paralegal regarding initial disclosures. | $200.00 | 0.1 | $20.00 | In House Communication | 89 |
| 11/22/23 | Sean Short | Conference with paralegal regarding mailing Plaintiff's initial disclosures. | $200.00 | 0.1 | $20.00 | In House Communication | 90 |
| 11/22/23 | Paralegal | Compose, prepare and send correspondence to Defendants re: Plaintiff's initial disclosures and document production | $100.00 | 0.5 | $50.00 | Opposing Counsel Communication | 91 |
| 11/22/23 | Sean Short | Compose electronic communication to opposing side regarding Plaintiff's initial disclosures. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 92 |
| 1/11/24 | Paralegal | Prepare and compose Discovery Requests to be Answered by Opposing Party re: requests for admissions | $100.00 | 0.8 | $80.00 | Discovery Related | 94 |
| 2/13/24 | Sean Short | Conference with paralegal regarding preparing discovery to propound to Defendants. | $200.00 | 0.1 | $20.00 | In House Communication | 96 |
| 2/13/24 | Paralegal | Prepare and compose Discovery Requests to be Answered by Opposing Party | $100.00 | 0.6 | $60.00 | Discovery Related | 98 |
| 2/13/24 | Sean Short | Preparation and drafting of request for admissions to Defendant Alejandro Sanchez. | $200.00 | 0.7 | $140.00 | Discovery Related | 100 |
| 2/13/24 | Sean Short | Editing and revision of Plaintiff's First Set of Interrogatories and Request for Production to Defendants. | $200.00 | 0.2 | $40.00 | Discovery Related | 101 |
| 2/14/24 | Sean Short | Conference with paralegal regarding serving Plaintiff's first set of discovery and request for admissions on Defendants. | $200.00 | 0.1 | $20.00 | In House Communication | 103 |
| 2/14/24 | Paralegal | Compose, prepare and send correspondence to Defendants re: discovery requests letter | $100.00 | 0.3 | $30.00 | Opposing Counsel Communication | 104 |

| Date Billed On | Billed By | Description | Rate | Time | Value | Category | Entry No. |
|---|---|---|---|---|---|---|---|
| 2/14/24 | Sean Short | Editing and revision of cover letter to Defendants regarding Plaintiff's first set of discovery. | $200.00 | 0.1 | $20.00 | Discovery Related | 106 |
| 2/14/24 | Sean Short | Compose electronic communication to Defendants regarding Plaintiff's first set of discovery. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 107 |
| 2/14/24 | Paralegal | Compose, prepare and send correspondence to Defendants re: discovery requests from Plaintiff | $100.00 | 0.2 | $20.00 | Opposing Counsel Communication | 109 |
| 2/14/24 | Sean Short | PRIVILEGED INFORMATION | $200.00 | 0.2 | $40.00 | Client Communication | 110 |
| 4/3/24 | Sean Short | Receive, read and prepare response to email(s) from JS regarding motion to compel. | $200.00 | 0.1 | $20.00 | In House Communication | 112 |
| 4/11/24 | Sean Short | Conference with JS regarding case status; potential motion for summary judgment. | $200.00 | 0.1 | $20.00 | In House Communication | 113 |
| 4/30/24 | Sean Short | Preparation and drafting of supplemental disclosures. | $200.00 | 0.3 | $60.00 | Discovery Related | 114 |
| 4/30/24 | Sean Short | Compose electronic communication to opposing party regarding supplemental disclosures. | $200.00 | 0.1 | $20.00 | Opposing Counsel Communication | 115 |
| 5/1/24 | Sean Short | Conference with RM regarding motion for summary judgment. | $200.00 | 0.1 | $20.00 | In House Communication | 117 |
| 5/7/24 | Sean Short | Conference with RM regarding offensive MSJ. | $200.00 | 0.1 | $20.00 | In House Communication | 118 |
| 5/10/24 | Sean Short | Conference with RM regarding draft motion for summary judgment. | $200.00 | 0.1 | $20.00 | In House Communication | 119 |
| 5/13/24 | Rebecca Matlock | Preparation and drafting of MSJ: Motion, SUMF, dec in support | $250.00 | 2.5 | $625.00 | Motion for Summary Judgment | 120 |
| 5/14/24 | Rebecca Matlock | Preparation and drafting of BIS MSJ | $250.00 | 1.4 | $350.00 | Motion for Summary Judgment | 121 |
| 5/15/24 | Rebecca Matlock | Preparation and drafting of MSJ: BIS and finalize Motion, SUMF | $250.00 | 1.7 | $425.00 | Motion for Summary Judgment | 122 |
| 5/15/24 | Sean Short | Conference with RM regarding draft motion for summary judgment. | $200.00 | 0.1 | $20.00 | In House Communication | 123 |
| 5/17/24 | Rebecca Matlock | Editing and revision of MSJ--final edit and send to SS for review | $250.00 | 0.4 | $100.00 | Motion for Summary Judgment | 124 |
| 5/22/24 | Sean Short | Receipt and review of email from RM regarding draft motion for summary judgment and supporting documents. | $200.00 | 0.1 | $0.00 | In House Communication | 126 |
| 5/22/24 | Sean Short | Compose electronic communication to paralegal regarding draft declaration for motion for summary judgment. | $200.00 | 0.2 | $40.00 | In House Communication | 127 |
| 5/23/24 | Sean Short | Conference with paralegal regarding declaration for motion for summary judgment. | $200.00 | 0.1 | $20.00 | In House Communication | 128 |
| 5/24/24 | Sean Short | Receive, read and prepare response to email(s) from paralegal regarding client correspondence; declaration for motion for summary judgment. | $200.00 | 0.1 | $0.00 | In House Communication | 129 |
| 5/24/24 | Paralegal | PRIVILEGED INFORMATION | $100.00 | 0.3 | $30.00 | Client Communication | 130 |
| 5/28/24 | Sean Short | Editing and revision of declaration in support of motion for summary judgment. | $200.00 | 0.2 | $40.00 | Motion for Summary Judgment | 131 |
| 5/28/24 | Sean Short | Editing and revision of statement of undisputed material facts in support of motion for summary judgment. | $200.00 | 0.2 | $40.00 | Motion for Summary Judgment | 132 |
| 5/28/24 | Sean Short | Conference with JS regarding motion for summary judgment. | $200.00 | 0.1 | $20.00 | In House Communication | 133 |
| 5/28/24 | Sean Short | Editing and revision of brief in support of motion for summary judgment. | $200.00 | 0.4 | $80.00 | Motion for Summary Judgment | 134 |
| 5/29/24 | Sean Short | Filing of motion for summary judgment. | $200.00 | 0.1 | $0.00 | Case Management | 136 |
| 5/29/24 | Sean Short | Conference with paralegal regarding mailing motion for summary judgment, exhibits, brief and SUMF to pro se Defendants. | $200.00 | 0.1 | $20.00 | In House Communication | 137 |
| 7/15/24 | Sean Short | Conference with JS regarding order on motion for summary judgment. | $200.00 | 0.1 | $20.00 | In House Communication | 142 |
| 7/16/24 | Sean Short | Conference with RM regarding supplemental briefing on damages and attorney's fees and costs. | $200.00 | 0.1 | $20.00 | In House Communication | 143 |
| 7/22/24 | Rebecca Matlock | Preparation and drafting of damages/fees brief: format and edit billing invoice; remove duplicate, erroneous, vague billing, categorize entries | $250.00 | 0.5 | $125.00 | Damages Briefing | 147 |
| 7/22/24 | Rebecca Matlock | Preparation and drafting of Damages/Fee Brief: Damages section and dec in support | $250.00 | 1.7 | $425.00 | Damages Briefing | 148 |
| 7/23/24 | Rebecca Matlock | Preparation and drafting of Damages Briefing: Fees section and dec in support | $250.00 | 1.3 | $325.00 | Damages Briefing | 149 |
| 7/24/24 | Sean Short | Editing and revision of Damages/Fee Brief | $200.00 | 0.5 | $100.00 | Damages Briefing | 150 |