| Date | Description | Amount |
|---|---|---|
| 10/14/22 | TLO - A. Sanchez | $6.00 |
| 1/25/23 | Filing Fee | $402.00 |
| 2/3/23 | Copies | $16.00 |
| 3/1/23 | Service/Attempted Fee to ABC Legal Services | $276.00 |
| | | **$700.00** |