### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MARCELO SOSTAITA, Individually and on**
**Behalf of All Others Similarly Situated**                                 **PLAINTIFF**

**v.**                                 **Case No**. **4:23-cv-00054 KGB**

**SANCHEZ CONCRETE, LLC and**
**ALEJANDRO SANCHEZ**                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date and the Court's prior Orders, it is considered, ordered, and adjudged that Judgment is entered in favor of plaintiff Marcelo Sostaita and against defendants Sanchez Concrete, LLC and Alejandro Sanchez, jointly and severally, in the amount of $20,800.00 (Dkt. Nos. 10; 12).  For reasons explained in the Court's Order filed on this date (Dkt. No. 12), the Court grants Sostaita's motion for attorneys' fees and costs in the amount of $4,226.00 to be paid jointly and severally by Sanchez Concrete, LLC and Alejandro Sanchez.

Sanchez Concrete, LLC and Alejandro Sanchez are ordered, jointly and severally, to pay post judgment interest at a rate of 3.70% per annum from the date of the Judgment until paid in full.

It is so adjudged this 30th day of March, 2026.

Kristine G. Baker
Chief United States District Judge